## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **BLANCA RODRIGUEZ** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | CIVIL ACTION NO.: |
| v. | § | 4:11-cv-479 |
| | § | |
| **CERP FOODS, INC. d/b/a** | § | |
| **KENTUCKY FRIED CHICKEN** | § | |
| | § | |
| **Defendant.** | § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

On this date came on to be considered the above-entitled and numbered civil action, wherein the parties stipulated as follows:

1. This is a proper court for jurisdiction and venue, and this Court has authority to make a final Order of Dismissal With Prejudice, which disposes of all claims, actions, and causes of action by and between the parties.

2. The parties have concluded all matters in controversy between them, and their settlement does not constitute an admission of liability, fault, or responsibility on the part of any party, or that any party has incurred damages as a result of the acts, omissions, or conduct of any other party.  The parties respectfully but vigorously continue to deny and contest any and all allegations of liability, fault, or responsibility to one another.

Based upon the foregoing Stipulations, the Court finds that the relief requested by the parties- a final Order dismissing with prejudice all claims, actions, or causes of action they may have against one another- should be Granted.

It is therefore**, ORDERED, ADJUDGED**, and **DECREED** that all claims, actions, and causes of action which the parties have asserted, could have asserted, or at any time in the

past did assert against one another be, and hereby are, dismissed with prejudice to refilling in any form.  Costs of court are hereby taxed against the party incurring those costs.

All other relief requested by the parties against one another is DENIED.

This is a Final Disposition Order which disposes of any and all claims, actions, and causes of action by and among the parties as stipulated by the signatures of their attorneys which are set forth below.

SO ORDERED.
**SIGNED this 16th day of November, 2012.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE

AGREED TO AND APPROVED:


___/s/ Barrett Stetson (with permission)
Barrett W. Stetson
State Bar No.  19178300

Law Firm of Barrett W. Stetson
2929 Carlisle, Suite 360
Dallas, Texas 75204
214.220.9090
214.220.9112 – fax

**ATTORNEY FOR PLAINTIFF**




____/s/Jerry Fazio_____
JERRY FAZIO
State Bar No. 06870010
BRETT M. CORNWELL
State Bar No. 24065081

**OWEN & FAZIO, P.C.**
10440 N. Central Expressway
Suite 1450
Dallas, Texas 75231
(214) 891-5960 - Telephone
(214) 891-5966 – Facsimile
jfazio@owenfazio.com- Email
bcornwell@owenfazio.com- Email

**ATTORNEYS FOR DEFENDANT
CERP FOODS INC. D/B/A
KENTUCKY FRIED CHICKEN**